Okay. I'm going to bring you up to speed because I'm not sure who did it, but I think it was granted some of those who were trying to figure out what it is granted. Well, I'm not sure who did it. I'm not sure who didn't. I don't know who did this. Did they say, okay, we're going to have some strength in this 12 issues, or did they say, well, if we're grading it as 12 issues, well, we're kind of sure about the other issue. Did you just kind of just leave your hands on your back, or what are they saying? Okay.
judges: Schroeder, N.R. Smith, Piersol